UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUNG, ET AL.,

                       Plaintiffs,

-v-

MONTEFIORE MEDICAL CENTER, ET AL.,

                       Defendants.

21-CV-2624 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on March 26, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than April 12, 2021.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by April 7, 2021.

    SO ORDERED.

Dated: March 30, 2021
       New York, New York

                                                     J. PAUL OETKEN
                                               United States District Judge